# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PARENTS INVOLVED IN COMMUNITY SCHOOLS, a Washington Nonprofit Corp., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs. | CASE NUMBER: 2:00-cv-01205-BJR |
| v. | |
| SEATTLE SCHOOL DIST. NO. 1, a political subdivision of the State of Washington, et al., | |
| Defendants. | |

\---------------------------------  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

          X

_____    **Decision by Court**.  This action came to hearing before the court. The issues have been heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED


     In accordance with the decision of the United States Supreme Court in this case, <u>Parents Involved in Community Schools v. Seattle School District No. 1 et al.</u>, 127 S. Ct. 2738 (2007); the judgment of the Supreme Court entered on July 28, 2007 (remanding this case to the Court of Appeals for the Ninth Circuit for further proceedings); and the Judgment of the Court of Appeals entered on August 22, 2007 (remanding the case to this court for further proceedings); and based upon the reasoning of the Supreme Court in its aforesaid decision, the court hereby:

  1. vacates its April 6, 2001 grant of summary judgment in favor of Defendant, Seattle School District No. 1;

  2. grants, in part, Plaintiff, Parents Involved in Community Schools' Motion for Entry of Judgment;

  3. denies Plaintiff's Motion for Entry of Judgment insofar as it seeks injunctive or declaratory relief;

  4. denies the District's Cross Motion for Dismissal; and

5. finds that Plaintiff is a prevailing party as that term is used in the Civil Rights Attorney's Fees Awards Act, 42 U.S.C. § 1988, but declines, at this juncture, to declare that PICS is entitled to an award of attorney's fees.

January 12, 2009           BRUCE RIFKIN
Clerk

s/ Mary Duett

By   Mary Duett, Deputy Clerk