UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARENTS INVOLVED IN COMMUNITY SCHOOLS, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1, a political subdivision of the State of Washington,<br><br>Defendant. | Case No. C00-1205BJR<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against DEFENDANT SEATTLE SCHOOL DISTRICT NO. 1 and on behalf of PLAINTIFF PARENTS INVOLVED IN COMMUNITY SCHOOLS in the unopposed amount of $7,443.79.

Entered this ___18th___ day of FEBRUARY , 2009 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1